UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HULL PERMANENT SEWER COMMISSION AND TOWN OF HULL,<br>　　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY,<br>　　　　　Defendant. | DOCKET NO: 15-11098 |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

Pursuant to 28 U.S.C. § 1446(a), the Defendant, Hartford Steam Boiler Inspection and Insurance Company ("Hartford"), hereby gives notice of its removal of this action from the Superior Court of Massachusetts in and for Plymouth County to the United States District Court for the District of Massachusetts. In support thereof, Hartford respectfully states as follows:

1.　On or about February 10, 2015, the Plaintiffs, Hull Permanent Sewer Commission and Town of Hull, filed a Complaint against Hartford in the Superior Court Department of the Trial Court in and for Plymouth County, captioned <u>Hull Permanent Sewer Commission and Town of Hull v. Hartford Steam Boiler Inspection and Insurance Company</u>, Civil Action No. 15-135.  A true and accurate copy of the Complaint is attached hereto as *Exhibit A*.

2.　On or about March 4, 2015, the Plaintiffs served a copy of the Summons and Complaint upon the Massachusetts Commissioner of Insurance.

3.     In accordance with 28 U.S.C. § 1446(b), Hartford is filing this Notice within thirty (30) days after its receipt of a copy of the initial pleading setting forth the claim for relief upon which the Plaintiffs' action is based.  Accordingly, this <u>Notice of Removal</u> is timely.

4.     The United States District Court for the District of Massachusetts in Boston is the proper forum for removal under 28 U.S.C. §§ 101 and 1441(a) because this civil action is currently pending in Plymouth County, Massachusetts.

5.     In their Complaint, the Plaintiffs claim damages "in excess of $4.2 million." Accordingly, the amount in controversy exceeds $75,000, and thus satisfies the amount in controversy requirement set forth in 28 U.S.C. § 1332(a).

6.     In their Complaint, the Plaintiffs allege that they are Massachusetts residents and that Hartford, an insurance company incorporated in the state of Connecticut with its principal place of business in Connecticut, is a Connecticut resident.  Accordingly, there is complete diversity of citizenship between the Plaintiffs and the Defendant under 28 U.S.C. § 1332(a).

7.     Because the amount in controversy exceeds the sum of $75,000 and complete diversity of citizenship exists between the Plaintiffs and the Defendant, removal is proper pursuant to 28 U.S.C. § 1446.

8.     Pursuant to 28 U.S.C. § 1446(d), Hartford will give a copy of this Notice, together with a copy of a Notice of Filing Removal, to the Plaintiffs promptly after it files this Notice with the United States District Court for the District of Massachusetts. Attached hereto as Exhibit B.

9.     Pursuant to 28 U.S.C. § 1446(d), Hartford will also file a copy of this Notice with the clerk of the Superior Court Department of the Trial Court in and for the

County of Plymouth promptly after it files this Notice with the United States District Court for the District of Massachusetts.

10.    Pursuant to Local Rule 81.1(a), Hartford will file certified or attested copies of all records and proceedings, as well as a certified or attested copy of all docket entries, with the Superior Court Department of the Trial Court in and for Plymouth County within 28 days after filing this Notice.

WHEREFORE, the Defendant, Hartford Steam Boiler Inspection and Insurance Company, respectfully requests that the Superior Court Department of the Trial Court in and for Plymouth County remove this case to the United States District Court for the District of Massachusetts, together with such other relief as the Court deems just and proper.

Respectfully submitted,
HARTFORD STEAM BOILER
INSPECTION AND INSURANCE
COMPANY,
By its attorneys,

**MORRISON MAHONEY LLP**

*/s/ William A. Schneider*

William A. Schneider, BBO #636421
Thomas M. Prokop, BBO# 660362
Gina M. Reppucci, BBO #679726
250 Summer Street
Boston, MA  02210
Tel: (617) 439-7573
Fax: (617) 342-4951
*wschneider@morrisonmahoney.com*
*tprokop@morrisonmahoney.com*
*greppucci@morrisonmahoney.com*

## **CERTIFICATE OF SERVICE**

  The undersigned understands that the following counsel of record is not yet registered on the Court's CM/ECF database in connection with this matter. As a result, these individuals will not receive from the Court electronic notification of the filing of the foregoing <u>Notice of Removal</u>, filed via ECF on March 23, 2015; (2) will not have immediate access to this document through the Court's website; and (3) will receive a paper copy of the foregoing from the undersigned upon filing.

 Anna M. Piazza, Esq.
 Anderson Kill, P.C.
 1251 Avenue of Americas
 New York, NY  10020

 James B. Lampke, Esq.
 Town Counsel - Town of Hull
 115 North Street, Suite 3
 Hingham, MA  02043

*Attorney for the Plaintiffs*

              */s/ William A. Schneider*

              William A. Schneider